UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERMAINE MURRAY, | : | |
| Petitioner, | : | CIVIL NO. 3:03CV957(WWE) |
| v. | : | |
| JOHN ASHCROFT, et al., | : | |
| Respondents. | : | March 30, 2004 |

## RESPONDENTS' MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Respondents, John Ashcroft, Attorney General of the United States, and Eduardo Aguirre, Acting Director of the Bureau of Citizenship and Immigration Services,[1] through undersigned counsel, hereby respectfully request, *nunc pro tunc*, an extension of time up to and including April 13, 2004, to submit a substantive response to the habeas petition filed in this case. In support of this motion, Respondents state as follows:

On February 4, 2004, this Court denied the Respondents' motion to dismiss or transfer the habeas petition to the Eastern District of Louisiana on jurisdictional and venue grounds. In that ruling, the Court ordered Respondents to file a substantive response to the claims made in the habeas petition on or before March 28, 2004. Undersigned counsel first became aware of this ruling and the Court's order to show cause, on March 29, 2004, after 5:00 p.m., while

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") was abolished and its functions transferred to three bureaus within the Department of Homeland Security pursuant to the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2178. The enforcement functions of INS were transferred to the Bureau of Immigration and Customs Enforcement ("BICE") while its service functions were transferred to the Bureau of Citizenship and Immigration Services ("BCIS").

reviewing recent opinions on the district court's website.[2]  Consequently and inadvertently, the undersigned has not yet prepared a response to the substantive arguments in the habeas petition.

This is the first request for extension of time in this case.  Undersigned counsel has consulted with counsel for the petitioner, Attorney Carroll Lucht, who has indicated he does not object to this request for extension of time.

WHEREFORE, Respondents respectfully request an extension of time, *nunc pro tunc,* up to and including April 13, 2004, to file a substantive response to the habeas petition.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
>
> LISA E. PERKINS
> ASSISTANT UNITED STATES ATTORNEY
> 450 MAIN STREET, ROOM 328
> HARTFORD, CT  06103
> (860) 947-1101
> FEDERAL BAR NO. ct23164

---

[2]  After reading the Court's ruling yesterday, undersigned counsel reviewed her email account and has since realized that a notification of the decision was sent by electronic mail to her email inbox and counsel inadvertently failed to read this notification.  The undersigned has been for the past several weeks diligently preparing for a criminal bank fraud trial scheduled for jury selection on April 13, 2004, and has not had access to electronic mail on a regular basis.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 30th day of March 2004, to:

Carroll L. Lucht
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

*Counsel for Petitioner*

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY