UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 MAR 30  P 2: 24

JERMAINE MURRAY,                        :

U.S. DISTRICT COURT
BRIDGEPORT. CONN

         Petitioner,      :      CIVIL NO.  3:03CV957(WWE)

v.                                      :

JOHN ASHCROFT, et al.,                  :

         Respondents.  :      March 30, 2004

### RESPONDENTS' MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Respondents, John Ashcroft, Attorney General of the United States, and Eduardo

Aguirre, Acting Director of the Bureau of Citizenship and Immigration Services,[1] through

undersigned counsel, hereby respectfully request, *nunc pro tunc*, an extension of time up to and

including April 13, 2004, to submit a substantive response to the habeas petition filed in this

case.  In support of this motion, Respondents state as follows:

        On February 4, 2004, this Court denied the Respondents' motion to dismiss or transfer

the habeas petition to the Eastern District of Louisiana on jurisdictional and venue grounds.  In

that ruling, the Court ordered Respondents to file a substantive response to the claims made in

the habeas petition on or before March 28, 2004.  Undersigned counsel first became aware of this

ruling and the Court's order to show cause, on March 29, 2004, after 5:00 p.m., while reviewing

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") was abolished
and its functions transferred to three bureaus within the Department of Homeland Security
pursuant to the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2178.  The
enforcement functions of INS were transferred to the Bureau of Immigration and Customs
Enforcement ("BICE") while its service functions were transferred to the Bureau of Citizenship
and Immigration Services ("BCIS").

*(handwritten marginal notes:)* Motion GRANTED to April 13, 2004, nunc pro tunc.  4/1/04

Warren W. Eginton
Senior United States District Judge