UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT **FILED**

| | | |
|---|---|---|
| JERMAINE MURRAY, | : | 2004 APR 26  A 9: 22 |
| Petitioner, | : | CIVIL NOS. 3:03CV957(WWE) |
| | | BRIDGEPORT, CONN |
| v. | : | |
| JOHN ASHCROFT, et al., | : | |
| Respondents. | : | April 14, 2004 |

## RESPONDENTS' SECOND MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Respondents, John Ashcroft, Attorney General of the United States, and Eduardo Aguirre, Acting Director of the Bureau of Citizenship and Immigration Services,[1] through undersigned counsel, hereby respectfully request, *nunc pro tunc*, an extension of time up to and including May 17, 2004, to submit a substantive response to the habeas petition filed in this case. In support of this motion, Respondents state as follows:

On February 4, 2004, this Court denied the Respondents' motion to dismiss or transfer the habeas petition to the Eastern District of Louisiana on jurisdictional and venue grounds. In that ruling, the Court ordered Respondents to file a substantive response to the claims made in the habeas petition on or before March 28, 2004. Respondents previously sought and the Court granted an extension of time until April 13, 2004, to respond to the substantive arguments in the

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") was abolished and its functions transferred to three bureaus within the Department of Homeland Security pursuant to the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2178. The enforcement functions of INS were transferred to the Bureau of Immigration and Customs Enforcement ("BICE") while its service functions were transferred to the Bureau of Citizenship and Immigration Services ("BCIS").

habeas petition based on the circumstances explained in that extension motion. Although undersigned counsel had intended to file a response by April 13, 2004, the undersigned is still awaiting information from the Bureau of Immigration and Customs Enforcement ("ICE") necessary to an appropriate response to the claims made by petitioner herein. In addition, undersigned counsel had jury selection in a criminal case on April 13, 2004, which case is now scheduled for trial before Chief United States District Judge Robert N. Chatigny, beginning April 29, 2004. Trial is expected to last five to seven days. Consequently, the undersigned needs additional time to confer with ICE and to prepare an appropriate response in this case.

This is the second request for extension of time in this case. Undersigned counsel attempted to contact counsel for petitioner, Attorney Carroll Lucht, but was unable to ascertain his position on this motion prior to filing.

WHEREFORE, Respondents respectfully request an extension of time, *nunc pro tunc,* up to and including May 17, 2004, to file a substantive response to the habeas petition.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101
FEDERAL BAR NO. ct23164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 14th day of April 2004, to:

Carroll L. Lucht
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

*Counsel for Petitioner*

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY