UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JERMAINE MURRAY,                    :       2004 APR 26 A 9: 22
                                    :       03CV957 MCXT
            Petitioner,             :       CIVIL NO. 3:03CV957(WWE)
                                            BRIDGEPORT, CONN
v.                                  :

JOHN ASHCROFT, et al.,              :

            Respondents.   :        April 14, 2004

### RESPONDENTS' SECOND MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Respondents, John Ashcroft, Attorney General of the United States, and Eduardo Aguirre, Acting Director of the Bureau of Citizenship and Immigration Services,[1] through undersigned counsel, hereby respectfully request, *nunc pro tunc*, an extension of time up to and including May 17, 2004, to submit a substantive response to the habeas petition filed in this case. In support of this motion, Respondents state as follows:

On February 4, 2004, this Court denied the Respondents' motion to dismiss or transfer the habeas petition to the Eastern District of Louisiana on jurisdictional and venue grounds. In that ruling, the Court ordered Respondents to file a substantive response to the claims made in the habeas petition on or before March 28, 2004. Respondents previously sought and the Court granted an extension of time until April 13, 2004, to respond to the substantive arguments in the

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") was abolished and its functions transferred to three bureaus within the Department of Homeland Security pursuant to the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2178. The enforcement functions of INS were transferred to the Bureau of Immigration and Customs Enforcement ("ICE") while its service functions were transferred to the Bureau of Citizenship and Immigration Services ("BCIS").

*Motion GRANTED 4-28-04
WARREN W. EGINTON
Sr. United States District Judge*