UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERMAINE MURRAY,<br>    Petitioner, | :<br>: | 3:03cv957(WWE) |
| v. | :<br>: | |
| JOHN ASHCROFT, ATTORNEY<br>GENERAL,<br>and EDUARDO AGUIRRE, ACTING<br>DIRECTOR OF THE BUREAU OF<br>CITIZENSHIP AND IMMIGRATION<br>SERVICES,<br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | |

FILED
2004 JUN 18 A 10: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER

The clerk is instructed to enter judgment in favor of the petitioner and to close this case.

So Ordered this 18th day of June, 2004, at Bridgeport, Connecticut.

_____

WARREN W. EGINTON, SENIOR UNITED STATES DISTRICT JUDGE