UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JERMAINE MURRAY

      v.                                  3:03CV957 WWE

JOHN ASHCROFT, in his official capacity as
Attorney General of the United States,
EDUARDO AGUIRRE, in his official capacity as
Acting Director of the Bureau of
Citizenship and Immigration Services

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of a petition for writ of habeas corpus.

The Court reviewed all of the papers filed in conjunction with the petition and on June 9, 2004, entered a Ruling on Petition for Writ of Habeas Corpus granting the petition and vacating the petitioner's final order of removal and remanding the matter to the BIA with instructions to issue an order terminating the proceedings. On June 18, 2004, an Order was entered that judgment enter in favor of the petitioner.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is granted in favor of the petitioner, the final order of removal from the Bureau of Citizenship and Immigration Services is vacated and the case is remanded to the BIA.

Dated at Bridgeport, Connecticut, this 22nd day of June, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By     /s/ Chrystine W. Cody
                                                        Deputy-in-Charge

Entered on Docket _____